FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 FEB -8 PM 2: 55

CLERK _____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA AND DUBLIN DIVISIONS**

IN RE:

LEAVE OF ABSENCE REQUEST

NANCY C. GREENWOOD
March 8 through 11, 2016 and
April 29 through May 2, 2016

)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  1:15-cv-128, Daniels
1:13-cr-274, Daniels
1:15-cv-134, Castillo
1:13-cr-199, Castillo
1:14-cr-059, Castillo
1:15-cv-175, Stevens
1:07-cr-030, Stevens


3:15-cv-055, Burroughs
3:13-cr-006, Burroughs

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Nancy C. Greenwood for March 8 through 11, 2016, and April 29 through May 2, 2016, to attend a conference outside of the district and for vacation, the same is hereby GRANTED.

This 8th day of February, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA